

FILED

03/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0140

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0140

BRENT GIROUX,

Petitioner,

v.

EIGHTH JUDICIAL DISTRICT COURT, CASCADE
COUNTY, HON. GREGORY PINSKI, Presiding Judge,

Respondent.

FILED

MAR 17 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Petitioner Brent Giroux seeks a writ of supervisory control directing the Eighth Judicial District Court, Cascade County, to permit him to substitute the District Court Judge pursuant to § 3-1-804, MCA, in its Cause No. ADC-20-17.

M. R. App. P. 14(5)(b)(i) requires that a petition for writ must contain that facts that make it appropriate for this Court to accept jurisdiction. Here, although Giroux's petition recites at length actions taken by the District Court in other cases, it contains little information about the case for which Giroux seeks supervisory control.

M. R. App. P. 14(5)(b)(iv) requires that a petition for writ must contain: "To the extent they exist, as exhibits . . . a copy of each judgment, order, notice, pleading, document proceeding, or court minute referred to in the petition or which is necessary to make out a prima facie case or to substantiate the petition or conclusion or legal effect." Giroux has failed to comply with this Rule; although his petition includes numerous exhibits, none of them pertain to Cascade County Cause No. ADC-20-17.

Without the necessary facts and exhibits, we cannot consider the merits of Giroux's petition.

Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the petition for writ of supervisory control is DENIED and DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Eighth Judicial District Court, Cascade County, Cause No. ADC-20-17, and the Honorable Gregory Pinski, presiding.

DATED this 17 day of March, 2020.

_____

_____

_____

_____

_____
                                    Justices